**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MONIQUE PERNA and LISA CROUCH, individually, and on behalf of all other similarly situated,

    Plaintiff,

v.

AMERICAN CAMPUS COMMUNITIES, INC.,

    Defendant.

_____/

CASE NO.: 3:20-cv-00846-MMH-JRK

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record.

Respectfully submitted,

*/s/ Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 98228
William "Billy" Peerce Hoard, Esquire
Florida Bar No. 103330
Heather H. Jones, Esquire
Florida Bar No. 118974
The Consumer Protection Firm, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
Heather@TheConsumerProtectionFirm.com
***Attorneys for Plaintiffs***