**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MONIQUE PERNA and LISA CROUCH, individually and on behalf of all others similarly situated,

   Plaintiffs,

vs.

Case No. 3:20-cv-846-MMH-JRK

AMERICAN CAMPUS COMMUNITIES, INC.,

   Defendant.
_____/

**O R D E R**

**THIS CAUSE** came before the Court on July 19, 2021, for a hearing on the pending motion to dismiss.[1] For the reasons stated on the record during the hearing, it is

**ORDERED:**

 1. Defendant American Campus Communities, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint (Motion; Doc. 25) is **GRANTED** to the extent that Plaintiffs' claim for breach of the

---

[1] Also before the Court was Defendant American Campus Communities, Inc.'s Second Motion for Assessment of Costs and Fees Against Plaintiffs and For a Stay of Proceedings Pending Payment of Such Costs and Fees and Memorandum of Law in Support of Same (Doc. 22), which counsel for Defendant withdrew at the hearing.

implied covenant of good faith and fair dealing in Count III, unjust enrichment in Count IV, conversion in Count V, money had and received in Count VI, and for a violation of Florida Statutes section 559.72(9) in Count VII are **DISMISSED with prejudice**.

2. The Motion is **DENIED** to the extent that the remaining claims for rescission in Count I, breach of contract in Count II, and for a violation of Florida Statutes section 559.72(7) in Count VII are **DISMISSED without prejudice**.

3. Plaintiffs shall have up to and including **August 20, 2021**, to file an amended complaint.

4. Defendant's Second Motion for Assessment of Costs and Fees Against Plaintiffs and for a Stay of Proceedings Pending Payment of Such Costs and Fees and Memorandum of Law in Support of Same (Doc. 22) is **WITHDRAWN**.

5. The mediation deadline is extended to **October 15, 2021**.

6. With the exception of the filing of the Amended Complaint and the response, and conducting the mediation, this case is **STAYED** until the filing of a notice advising the Court of the outcome of the mediation.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of July, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc28

Copies to:
Counsel of Record