## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MONIQUE PERNA, JAKE PERNA,
LISA CROUCH and AUTUMN CROUCH,
individually and on behalf of all
others similarly situated,

      Plaintiffs,

vs.

      Case No. 3:20-cv-846-MMH-LLL

AMERICAN CAMPUS
COMMUNITIES, INC.,

      Defendant.
_____/

### O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation of Voluntary Dismissal of Claims Raised by Lisa Crouch and Autumn Crouch (Dkt. No. 72; Stipulation) filed on December 15, 2021. In the Stipulation, Plaintiffs Lisa Crouch and Autumn Crouch request dismissal of the claims raised only by them against Defendant in this matter. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. The claims raised by Plaintiffs Lisa Crouch and Autumn Crouch against Defendant are **DISMISSED**.

2. Each party shall bear their own attorney's fees, costs, and expenses.

3. The Clerk of the Court is directed to terminate Plaintiffs Lisa Crouch and Autumn Crouch from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of December, 2021.

*[Signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record